# Ex. #3 English Translation

**ITALIAN REPUBLIC**

In the name of the Italian people

**THE SUPREME COURT OF CASSATION**

SIXTH CRIMINAL DIVISION

Consisting of:

| | | |
|---|---|---|
| Angelo Costanzo | - President | Sentence n. Div. 638/2020 |
| Pierluigi Di Stefano | - Rapporteur | CC-06/18/2020 |
| Ercole Aprile | | Gen. Reg. 7354/2020 |
| Martino Rosati | | |
| Benedetto Paternò Raddusa | | |

Issued the following

**JUDGMENT**

Upon the motion of
RAFOI BLEULER DAISY TERESA born on 07-11-1967
Against the decision dated 01/21/2020 of the Court of Appeals of Milan
After having heard the report of Judge PIERLUIGI DI STEFANO;
After having reviewed the final plea of Attorney General CIRO ANGELILLIS who requested the dismissal of the motion

REASONS FOR THE DECISION

RAFOI BLEULER DAISY TERESA, a Swiss citizen, presents three grounds of appeal against the decision of the Court of Appeals of Milan dated January 21, 2020 according to which there are sufficient conditions for her extradition to the United States of America, as requested through an arrest warrant dated April 26, 2019 issued by the District Court of the United State of America for the Southern District of Texas, for the crimes of conspiracy to commit money laundering, conspiracy to commit unlawful activities abroad, and money laundering.

The Attorney general for this Court requests the dismissal of the motion.

The defense presented a brief.

The contested judgement should be declared null since, after the decision of the Court of Appeals, the applicant's presence in Italy is no longer required for purposes of a foreign country's request.

Actually, as shown by the records filed by the defense, on January 28, 2020, Ms. Rafoi Bleuler Daisy Teresa stated in a notarized affidavit taken in front of a Swiss Notary in Zurich, that she had returned to her country of residence.

No additional verification is needed since the findings on record show that the investigative police verified that the subject of the extradition was untraceable at her declared residence in Italy.

THEREFORE

The appealed sentence is declared null. Sent to the Clerk of Court to finalize the formalities according to Art. 203 of the Application Rules of the [Italian] Code of Criminal Procedure.

Rome, decided in chambers on June 18, 2020.

THE REPORTING JUDGE                          THE PRESIDENT

Pierluigi Di Stefano                                       Angelo Costanzo


FILED
SEP 16 2020
The Clerk of Court
Patrizia Di Laurenzio


This is a certified copy of the original
SEP 16 2020
THE CLERK OF COURT

Signed: Illegible

# Ex. #3 Original

*ESTR.*



**REPUBBLICA ITALIANA**
In nome del Popolo Italiano
**LA CORTE SUPREMA DI CASSAZIONE**
SESTA SEZIONE PENALE

Composta da:

Angelo Costanzo
Pierluigi Di Stefano                  - presidente -        Sent. n. sez. <u>638/2020</u>
Ercole Aprile                          - relatore -          CC - 18/06/<u>2020</u>
Martino Rosati                                              R.G.N. 7354/2020
Benedetto Paternò Raddusa

ha pronunciato la seguente

**SENTENZA**

sul ricorso proposto da:

RAFOI BLEULER DAISY TERESA nato il 11/07/1967
avverso la sentenza del 21/01/2020 della CORTE APPELLO di MILANO
udita la relazione svolta dal Consigliere PIERLUIGI DI STEFANO;
lette le conclusioni del PG CIRO ANGELILLIS che ha chiesto il rigetto del ricorso

MOTIVI DELLA DECISIONE

Rafoi Bleuler Daisy Teresa , cittadina svizzera, ricorre con tre motivi contro la sentenza della Corte di Appello  di Milano del 21 gennaio 2020 che dichiarava sussistere le condizioni per la sua estradizione verso gli Stati Uniti di America, richiesta in base ad un provvedimento di cattura del 26 aprile 2019 del Tribunale distrettuale degli Stati Uniti d'America per il distretto meridionale del Texas per reati di associazione per delinquere finalizzata al riciclaggio, associazione per delinquere finalizzata a pratiche illecite all'estero, riciclaggio di denaro.

Il procuratore generale presso questa Corte chiede il rigetto del ricorso.

La difesa ha presentato una memoria.

La sentenza impugnata deve essere annullata in quanto, dopo la decisione della Corte di Appello, è venuta meno la condizione di presenza nel territorio italiano della ricorrente, che è presupposto essenziale che legittima la domanda dello Stato estero.

Difatti, come da documentazione depositata dalla difesa, la Rafoi Bleuler Daisy Teresa alla data del 28 gennaio 2020 rendeva dichiarazione scritta autenticata in

presenza di un notaio svizzero in Zurigo, in cui chiariva di avere fatto rientro nel paese di residenza.

Non è necessaria alcuna ulteriore verifica in quanto in atti risulta un accertamento della pg della irreperibilità della estradanda nel domicilio dichiarato in Italia.

PQM

Annulla senza rinvio la sentenza impugnata. Manda alla cancelleria per gli adempimenti di cui all'art. 203 disp. att. cod. proc. pen.

Roma, così deciso nella camera di consiglio del 18 giugno 2020

Il Consigliere estensore

Pierluigi Di Stefano

il Presidente

Angelo Costanzo

DEPOSITATO IN CANCELLERIA

IL    1 6 SET 2020

IL CANCELLIERE E.
Patrizia Di Laurenzio

E' copia conforme all'originale

Roma, lì ............ 1 6 SET 2020 ............

IL CANCELLIERE